In the Matter of Proceedings against WHITTLESEY D. SEARLS, a Recalcitrant Witness.

WHITTLESEY D. SEARLS, Appellant; THE LAKE STREET ELEVATED RAILROAD COMPANY (an Illinois· Corporation), Respondent.

(Submitted April 18, 1898; decided April 26, 1898.)

Motion for reargument denied, with ten dollars costs.  (See 155 N. Y. 333.) ·

---

ANNA B. STEWART, Appellant, v. THE UNION MUTUAL LIFE INSURANCE COMPANY, Respondent.

(Submitted April 18, 1898; decided April 26, 1898.)

Motion for reargument denied, with ten dollars costs.  (See 155 N. Y. 257.)

---

NEW YORK SECURITY AND TRUST COMPANY, Respondent, v. SARATOGA GAS AND ELECTRIC LIGHT COMPANY et al., Appellants, et al.

WILLIAM V. REYNOLDS, as Receiver, Appellant, v. NEW YORK SECURITY AND TRUST COMPANY et al., Respondents, et al.

Reported below, 88 Hun, 569.
(Argued April 18, 1898; decided April 26, 1898.)

MOTION to dismiss appeals, in the first case, from a judgment of the late General Term of the Supreme Court in the third judicial department, entered September 16, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term; in the second case, from a judgment of the same General Term affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the appellant, William V. Reynolds, has been dead for more than a year, and that no one has been substituted in his place.

*Hornblower, Byrne & Taylor* for motion.

*Edward Winslow Paige* opposed.

Motion denied, with ten dollars costs.